# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LOUIS W. CARBINS, SR.** | **CIVIL ACTION NO. 06-0677** |
| **VS.** | **SECTION P** |
| **CORNEL HUBERT, WARDEN** | **JUDGE DOHERTY** |
| | **MAGISTRATE JUDGE METHVIN** |

## REQUEST FOR DOCUMENTS

Before this Court is a petition for writ of federal *habeas corpus* (28 U.S.C. §2254) filed on April 24, 2006, by *pro se* petitioner Louis W. Carbins, Sr. Petitioner is currently serving sentences totaling 18 years imposed following his 2000 felony convictions in the Sixteenth Judicial District Court, St. Mary Parish.

To assist this court with the disposition of petitioner's claims, and specifically to determine whether the claims in instant federal petition are timely copies of the following records are requested from the Clerk of the Louisiana Supreme Court:

> **The entire record of the matter docketed as *State of Louisiana ex rel. Louis W. Carbins, Sr. v. State of Louisiana*, Docket Number 2005-KH-1816, including any writ applications, briefs, and applications for re-hearing filed by or on behalf of Mr. Carbins along with any notations or findings by the court indicating whether or not the pleadings were timely filed or considered on the merits, and any documents indicating whether or not petitioner sought an "out-of-time" application for writ of certiorari in this or any other court.**

Copies of these documents may be mailed directly to the Clerk of Court at the following address:

> **800 Lafayette St., Suite 2100**
> **Lafayette, LA 70501**

The Clerk of this court shall mail this document to The Hon. John Tarlton Olivier, Clerk of the Supreme Court, ATTN: Eddie Gonzalez, Deputy Records Clerk, 400 Royal Street, New Orleans, LA 70130.

In Chambers, in Lafayette, Louisiana, on January 5, 2007.

Mildred E. Methvin
United States Magistrate Judge