# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **LOUIS W. CARBINS, SR.** | **CIVIL ACTION NO. 06-0677** |
| **VS.** | **SECTION P** |
| **CORNEL HUBERT, WARDEN** | **JUDGE DOHERTY** |
| | **MAGISTRATE JUDGE METHVIN** |

## REQUEST FOR DOCUMENTS

Before this Court is a petition for writ of federal *habeas corpus* (28 U.S.C. §2254) filed on April 24, 2006, by *pro se* petitioner Louis W. Carbins, Sr. Petitioner is currently serving sentences totaling 18 years imposed following his 2000 felony convictions in the Sixteenth Judicial District Court, St. Mary Parish. To assist this court with the disposition of petitioner's claims, and specifically to determine whether the claims in instant federal petition are timely, copies of the following records are requested from the Clerk of the First Circuit Court of Appeals:

> **The Judgment of the First Circuit Court of Appeals in the matter entitled,** *State of Louisiana ex rel. Louis W. Carbins, Sr. v. State of Louisiana***, Docket Number 2003-KW-1513 along with any notations and/or other documents indicating the date upon which Notice of Judgment was mailed to petitioner, along with copies of any correspondence between Mr. Carbins and the Court.**

Copies of these documents may be mailed directly to the Clerk of Court at the following address:

**800 Lafayette St., Suite 2100**
**Lafayette, LA 70501**

The Clerk of this court shall mail this request to The Hon. Christine Lasseigne Crowe, Clerk of Court, First Circuit Court of Appeals, Post Office Box 4408., Baton Rouge, LA 70821.

In Chambers, in Lafayette, Louisiana, on January 5, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)